UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RYAN ARNEAL LANE and
JAKEYLA JANAY HAYNES,

        Defendants.

_____/

INDICTMENT

The Grand Jury charges:

## COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine)

From on or about November 26, 2016, through and including November 29, 2016, in Calhoun County, in the Southern Division of the Western District of Michigan, and elsewhere,

RYAN ARNEAL LANE and
JAKEYLA JANAY HAYNES

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute a mixture or substance containing cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

**COUNT 2**
(Possession with Intent to Distribute Cocaine)

On or about November 29, 2016, in Calhoun County, in the Southern Division of the Western District of Michigan,

RYAN ARNEAL LANE and
JAKEYLA JANAY HAYNES

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
MARK V. COURTADE (P32666)
Assistant United States Attorney