# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Ryan Arneal Lane **DISTRICT JUDGE:** Janet T. Neff

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:17-cr-32 | 8/28/17 | 10:04 AM - 10:49 AM | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Mark V. Courtade | John A. Shea | Retained |

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- __ Read   __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 37 Months
Probation: 
Supervised Release: 3 Years
Fine: $ Waived
Restitution: $ 
Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes  __ No
Defendant informed of right to appeal: ✓ Yes  __ No
Counsel informed of obligation to file appeal: ✓ Yes  __ No
Conviction Information:
  Date: 5/8/2017
  By: Plea
  As to Count (s): One

**ADDITIONAL INFORMATION:**
Count Two of the Indictment is dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:** | **TYPE OF HEARING:**

**Reporter/Recorder:** Kathy Anderson | **Case Manager:** R. Wolters