FILED - GR
August 28, 2017 11:57 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: kw /   Scanned: MW 8/29/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:17-cr-32

RYAN ARNEAL LANE,

    HON. JANET T. NEFF

    Defendant.
_____/

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

    DNA collection
    Drug testing
    No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must participate in a cognitive behavioral treatment program, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

2. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

3. You must provide the probation officer with your monthly cellular and home phone bills with each monthly report form and must report any cell phone you have used or own on each report form.

4.  You must reside in a residence approved in advance by the probation officer.

5.  You must not create/form any new business entities and shall not be self-employed during the period of supervision.

I have reviewed and understand the above conditions of my sentence.

Dated: August 22, 2017

_____
Ryan Arneal Lane
Defendant

_____
John A. Shea
Attorney for Defendant

IT IS SO ORDERED.

_____
JANET T. NEFF
United States District Judge

2